UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SENIORLINK INCORPORATED d/b/a CAREFORTH,<br><br>    Defendant. | C.A. No. 1:25-CV-10832-RGS |

**SECOND ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Seniorlink Incorporated d/b/a Careforth, with the assent of Plaintiff, Sara Taylor, requests that this Court grant an extension of time for Defendant to file a responsive pleading to Plaintiff's Complaint up to and including Monday, June 30, 2025. As grounds for this motion, Defendant states:

1. This Court previously granted Defendant's assented-to motion for an extension to file a responsive pleading to allow the parties to pursue early resolution negotiations, extending its time to file a responsive pleading up to and including May 30, 2025.

2. The parties continue to engage in early resolution discussions. The parties have agreed to meet the week of June 2, 2025, to continue these discussions.

3. This extension is requested to allow for the parties to continue pursing early resolution negotiations.

WHEREFORE, Defendant requests that the Court grant them an extension through June 30, 2025, to answer or otherwise respond to the Complaint.

Respectfully Submitted,

SENIORLINK INCORPORATED d/b/a CAREFORTH,

By its attorney,

*/s/ Alex Reganata*
Stephen T. Paterniti (BBO# 564860)
stephen.paterniti@jacksonlewis.com
Alexander J. Reganata (BBO# 711564)
alex.reganata@jacksonlewis.com
**JACKSON LEWIS P.C.**
75 Park Plaza, 4th Floor
Boston, MA  02116
Tel.: 617-367-0025

ASSENTED TO:

SARA TAYLOR, on behalf of
herself and others similarly situated,

By her attorney,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Dated:  May 30, 2025

## **CERTIFICATE OF SERVICE**

      This hereby certifies that on this 30th day of May, 2025, a copy of the foregoing document was filed with the Court via the ECF system.

                                        */s/ Alex Reganata*
                                        Jackson Lewis P.C.