UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SENIORLINK INCORPORATED d/b/a CAREFORTH,<br><br>    Defendant. | C.A. No. 1:25-CV-10832-RGS |

**DEFENDANT SENIORLINK INCORPORATED'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, Seniorlink Incorporated d/b/a Careforth, by and through its undersigned counsel, states that it is a wholly owned subsidiary of Senior Home Care Buyer Co., Inc., which is in turn a wholly owned subsidiary of Senior Home Care Midco Holdings, Inc., which is in turn a wholly owned subsidiary of Senior Home Care Holdings, Inc., which is in turn a partially owned subsidiary of Thomas H. Lee Parallel Fund VIII, LP and Thomas H. Lee Equity Fund VIII, LP.

        Respectfully Submitted,

        SENIORLINK INCORPORATED d/b/a CAREFORTH,

        By its attorney,

        */s/ Alex Reganata*
        Stephen T. Paterniti (BBO# 564860)
        stephen.paterniti@jacksonlewis.com
        Alexander J. Reganata (BBO# 711564)
        Alex.reganata@jacksonlewis.com
        **JACKSON LEWIS P.C.**
        75 Park Plaza, 4th Floor
        Boston, MA  02116
        Tel.: 617-367-0025

Dated:  May 30, 2025

## **CERTIFICATE OF SERVICE**

      This hereby certifies that on this 30th day of May, 2025, a copy of the foregoing document was filed with the Court via the ECF system.

                                                            */s/ Alex Reganata*
                                                            Jackson Lewis P.C.