UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR, on behalf of herself and others similarly situated,<br>  Plaintiff,<br><br>v.<br><br>SENIORLINK INCORPORATED d/b/a CAREFORTH,<br>  Defendant. | C.A. No. 1:25-CV-10832-RGS |

**THIRD ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Seniorlink Incorporated d/b/a Careforth, with the assent of Plaintiff, Sara Taylor, requests that this Court grant an extension of time for Defendant to file a responsive pleading to Plaintiff's Complaint up to and including Wednesday, July 30, 2025. As grounds for this motion, Defendant states:

1. This Court previously granted Defendant's assented-to motions for extensions to file a responsive pleading to allow the parties to pursue early resolution negotiations, extending its time to file a responsive pleading up to and including May 30, 2025, then again up to and including June 30, 2025.

2. The parties are presently engaged in negotiations, having exchanged initial offers.

3. The parties have also agreed to conduct a Rule 26(f) conference on July 1, 2025.

4. This extension is requested to allow for the parties to continue to pursue negotiations in order to determine if early resolution is achievable without the need for further litigation.

WHEREFORE, Defendant requests that the Court grant them an extension through July 30, 2025, to answer or otherwise respond to the Complaint.

Respectfully Submitted,

SENIORLINK INCORPORATED d/b/a CAREFORTH,

By its attorney,

*/s/ Alex Reganata*
Stephen T. Paterniti (BBO# 564860)
stephen.paterniti@jacksonlewis.com
Alexander J. Reganata (BBO# 711564)
alex.reganata@jacksonlewis.com
**JACKSON LEWIS P.C.**
75 Park Plaza, 4th Floor
Boston, MA  02116
Tel.: 617-367-0025

ASSENTED TO:

SARA TAYLOR, on behalf of
herself and others similarly situated,

By her attorney,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Dated:  June 27, 2025

## **CERTIFICATE OF SERVICE**

      This hereby certifies that on this 27th day of June, 2025, a copy of the foregoing document was filed with the Court via the ECF system.

                                                  */s/ Alex Reganata*
                                                  Jackson Lewis P.C.