UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR, on behalf of herself and others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>SENIORLINK INCORPORATED d/b/a CAREFORTH,<br>    Defendant. | C.A. No. 1:25-CV-10832-RGS |

**ASSENTED-TO MOTION TO EXTEND TIME IN ORDER FOR THE PARTIES TO FINALIZE THEIR RESOLUTION OF THE MATTER**

Defendant, Seniorlink Incorporated d/b/a Careforth, with the assent of Plaintiff, Sara Taylor, requests that this Court grant an extension of three days for the parties to finalize their resolution of this matter and file a Notice of Resolution, including a request for a stay on all deadlines until the matter is voluntarily dismissed. As grounds for this motion, Defendant states:

1. This Court previously granted Defendant's assented-to motions for extensions to file a responsive pleading to allow the parties to pursue early resolution negotiations, extending its time to file a responsive pleading up to and including July 14, 2025.

2. The parties have now reached a tentative resolution of the above-captioned matter on an individual basis and have exchanged terms, drafted a formal written settlement agreement, and are currently in the process of finalizing said agreement, a process they believe will be able to complete in three days.

3. The parties state that this extension is requested to allow them to finalize the resolution of this matter, at which point they anticipate filing a Notice of Resolution, including a request for a stay on all deadlines until the matter is voluntarily dismissed.

WHEREFORE, Defendant requests that the Court grant it an extension through July 17, 2025, for the parties to file a Notice of Resolution, including a request for a stay on all deadlines until the matter is voluntarily dismissed.

        Respectfully Submitted,

        SENIORLINK INCORPORATED d/b/a CAREFORTH,

        By its attorney,

        */s/ Alex Reganata*
        Stephen T. Paterniti (BBO# 564860)
        stephen.paterniti@jacksonlewis.com
        Alexander J. Reganata (BBO# 711564)
        alex.reganata@jacksonlewis.com
        **JACKSON LEWIS P.C.**
        75 Park Plaza, 4th Floor
        Boston, MA  02116
        Tel.: 617-367-0025

ASSENTED TO:

SARA TAYLOR, on behalf of
herself and others similarly situated,

By her attorney,


*/s/ Anthony I. Paronich*
Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com


Dated:  July 14, 2025

**CERTIFICATE OF SERVICE**

      This hereby certifies that on this 14th of July, 2025, a copy of the foregoing document was filed with the Court via the ECF system.

                                              */s/ Alex Reganata*
                                              Jackson Lewis P.C.

4915-7110-1013, v. 1