## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR, on behalf of herself and others similarly situated, | : |
| | : CIVIL ACTION FILE NO. 1:25-cv-10832 |
| Plaintiff, | : |
| v. | : |
| SENIORLINK INCORPORATED d/b/a CAREFORTH | : |
| Defendant. | : |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41.

RESPECTFULLY SUBMITTED AND DATED this July 17, 2025.

By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com